Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Glenn M. Machado, Esq.
Nevada Bar No. 7802
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: gmachado@rsnvlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| A. DOE, E. DOE, K. DOE, M. DOE, S. DOE, and Y. DOE,<br><br>Plaintiffs,<br><br>v.<br><br>KURT LUDWIGSEN, in his individual capacity, KIRSTEN LAMBERTSON, in her individual capacity, MICHAEL G. SCALES, individually and as President of Nyack College, DAVID C. JENNINGS, individually and as Executive Vice President of Nyack College, KEITH DAVIE, individually and as Athletic Director for Nyack College, AMANDA AIKENS, individually and as Assistant Athletic Director for Nyack College, TAYLOR BROWN, individually and as Assistant Softball Coach for Nyack College, KAREN DAVIE, individually and as Director of Human Resources and Title IX Coordinator for Nyack College, NYACK COLLEGE, and DOES 1-10,<br><br>Defendants. | Case No:<br><br>**PLAINTIFFS' NOTICE OF MOTION TO COMPEL SUBPOENA COMPLIANCE** |

**PLEASE TAKE NOTICE** that based upon the accompanying Memorandum of Law and supporting Declaration of Todd J. Krouner, dated March 20, 2018, Plaintiffs will move this Court,

1

at the United States Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada, on April 3, 2018, at 10 A.M., or such other time as the Court may direct, for an order pursuant to Federal Rule of Civil Procedure 45(b) compelling Brittany Sturtevant's videotaped deposition on April 30, 2018, at the Reisman Sorokac law office, in Las Vegas, Nevada, and compelling production of all responsive documents to the subpoena on April 16, 2018, and awarding such other relief as the Court may deem just and proper.

Dated: March 27, 2018

REISMAN SOROKAC

/s/ Joshua H. Reisman, Esq.
JOSHUA H. REISMAN, ESQ.
Nevada Bar No. 7152
GLENN M. MACHADO, ESQ.
Nevada Bar No. 7802
8965 S. Eastern Ave, Suite 382
Las Vegas, Nevada 89123

*Attorneys for Plaintiffs*

REISMAN·SOROKAC
8965 SOUTH EASTERN AVENUE, SUITE 382
LAS VEGAS, NEVADA 89123
PHONE: (702) 727-6258 FAX: (702) 446-6756